DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2908

[January 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 432014CF000937.

Ashley Nicole Minton of Minton Law, P.A., Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***